UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH S. SANCHEZ,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

23-CV-11156 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On February 18, 2025, the Court granted Defendant's motion to dismiss the complaint in this action but granted Plaintiff leave to amend her complaint within 21 days of receiving the Opinion and Order. (*See* ECF No. 24 at 15.) To date, no amended complaint has been filed.

    Accordingly, the Clerk is directed to enter judgment of dismissal and to close the case.

    SO ORDERED.

Dated: March 21, 2025
       New York, New York

                                                _____
                                                    J. PAUL OETKEN
                                             United States District Judge