**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ELIZABETH S. SANCHEZ,

                Plaintiff,

  -against-                                    23 **CIVIL** 11156 (JPO)

                                                           **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 18, 2025 and Order dated March 21, 2025, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2025

                                                        **TAMMI M HELLWIG**

                                                          **Clerk of Court**

                         **BY:**

                                                          **Deputy Clerk**